IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-00412-PAB-KMT

GABRIEL UTOH,

    Plaintiff,

v.

CAPITAL ONE NATIONAL ASSOCIATION,
CAPITAL ONE SERVICES, LLC, a Delaware corporation, and
EXPERIAN INFORMATION SYSTEMS, INC., an Ohio corporation,

    Defendants.

## ORDER

This matter comes before the Court on plaintiff's Motion to Dismiss With Prejudice [Docket No. 23]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss With Prejudice [Docket No. 23] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED June 10, 2015.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge